IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JAN 18 P 1: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANNIE WOODALL,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.;<br>AMERICAN GENERAL CORPORATION;<br>AMERICAN GENERAL FINANCE, INC.;<br>AMERICAN GENERAL FINANCIAL<br>SERVICES OF ALABAMA, INC.; AMERICAN<br>GENERAL FINANCE CORPORATION;<br>MERIT LIFE INSURANCE COMPANY;<br>YOSEMITE INSURANCE COMPANY; LINDA<br>GRIGGS; KATHIE ROWELL; TINA COOK;<br>BRIAN MILLER; KEN HAMILL; and Fictitious<br>Defendants "A", "B", and "C", whether singular<br>or plural, those other persons, corporations,<br>firms, or other entities whose wrongful conduct<br>caused the injuries and damages to the Plaintiff,<br>all of whose true and correct names are unknown<br>to Plaintiffs at this time, but will be substituted<br>by amendment when ascertained,<br><br>  Defendants. | CIVIL ACTION NO. 3:06CV 50-MEF |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

**COME NOW** Defendants American General Financial Services of Alabama, Inc., in and of itself and as successor to American General Finance, Inc., an Alabama corporation, Merit Life Insurance Company, and Yosemite Insurance Company (hereinafter collectively referred to as the "Defendants"), by and through their undersigned counsel, specifically preserving their contractual right to compel arbitration to the extent the parties entered into contracts that contained agreements to arbitrate their claims, and hereby submit this statement in compliance with Federal Rules of Civil Procedure Rule 7.1. In support thereof, Defendants state as follows:

1426271

Defendants American General Financial Services of Alabama, Inc., a Delaware corporation, Merit Life Insurance Co., an Indiana corporation, and Yosemite Insurance Company, an Indiana corporation, are not publicly traded, and each is wholly-owned by American General Finance Corporation, an Indiana corporation. American General Finance Corporation is not publicly traded and is wholly-owned by American General Finance, Inc., an Indiana corporation. American General Finance, Inc. is also not publicly traded, and is a wholly-owned subsidiary of American General Corporation, a Texas corporation. American General Corporation is not publicly traded, and is a wholly-owned subsidiary of American International Group, Inc., a Delaware corporation. American International Group, Inc. is a publicly traded corporation.

Respectfully submitted,

_/s/ Matthew T. Mitchell_
Robert H. Rutherford (RUT002)
David A. Elliott (ELL027)
Matthew T. Mitchell (MIT050)

Attorneys for Defendants

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1426271

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 18th day of January, 2006.

C. Lance Gould
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
272 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555


_____
OF COUNSEL