IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANNIE WOODALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-50-MEF |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #7) filed on January 25, 2006, it is hereby ORDERED that:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before February 9, 2006.

2. The defendant may file a reply brief on or before February 16, 2006.

DONE this the 26th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE