**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 26, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style: Annie Woodall v. American International Group, Inc., et al.
Case 3:06-cv-00050-MEF**

**Pleading : #7 - Motion to Dismiss**

**Notice of Correction is being filed this date to advise that the referenced Motion was e-filed on 1/25/2006 with the wrong case number listed on the pdf document attached.**

**The corrected pdf document is attached to this notice.**