# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **ANNIE WOODALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **AMERICAN INTERNATIONAL GROUP,** | ) | **3:06-CV-0050** |
| **INC.; AMERICAN GENERAL** | ) | |
| **CORPORATION; AMERICAN GENERAL** | ) | |
| **FINANCE, INC.; AMERICAN GENERAL** | ) | |
| **FINANCIAL SERVICES OF ALABAMA,** | ) | |
| **INC.; AMERICAN GENERAL FINANCE** | ) | |
| **CORPORATION; MERIT LIFE** | ) | |
| **INSURANCE COMPANY; YOSEMITE** | ) | |
| **INSURANCE COMPANY; LINDA** | ) | |
| **GRIGGS; KATHIE ROWELL; TINA** | ) | |
| **COOK; BRIAN MILLER; KEN HAMILL;** | ) | |
| **and Fictitious Defendants "A", "B", and** | ) | |
| **"C", whether singular or plural, those other** | ) | |
| **persons, corporations, firms, or other entities** | ) | |
| **whose wrongful conduct caused the injuries** | ) | |
| **and damages to the Plaintiff, all of whose true** | ) | |
| **and correct names are unknown to Plaintiff** | ) | |
| **at this time, but will be substituted by** | ) | |
| **amendment when ascertained,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING AFFIDAVIT IN SUPPORT OF
## DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant American General Corporation, and appearing specially to contest personal jurisdiction, hereby submits the Affidavit of Linda Sanchez in further support of its Motion to Dismiss due to this Court's lack of personal jurisdiction over Defendant American General Corporation.[1]

---

[1] In filing this notice, American General Corporation does not waive and specifically preserve its defense of failure to state a claim upon which relief can be granted, as well as other defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure.

01214895.1

Respectfully submitted,


s/ John Thomas A.  Malatesta
Jeffrey M. Grantham (ASB-4866-M66J)
Thomas J. Butler (ASB-7790-T75T)
John Thomas A. Malatesta, III (ASB-4646-O70M)
Attorneys for Defendants American International
Group, Inc. and American General Corporation


OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
205-254-1000
205-254-1999 (fax)


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon the following listed person by U. S. Mail, postage prepaid, on this the 8th  day of February, 2006:

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 – 20th Street, North
Birmingham, AL  35203


s/ John Thomas A. Malatesta
OF COUNSEL


01214895.1