IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANNIE WOODALL, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-50-MEF |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #12) filed on February 9, 2006, it is hereby ORDERED that:

1. The defendants file a response which shall include a brief and any evidentiary materials on or before February 24, 2006.

2. The plaintiff may file a reply brief on or before March 3, 2006.

DONE this the 10th day of February, 2006.

                                                       /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE