IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANNIE WOODALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-50-MEF |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Stay (Doc. #14) filed on February 9, 2006, it is hereby

ORDERED that the defendant show cause in writing on or before February 22, 2006 as to why the motion should not be granted.

DONE this 15th day of February, 2006.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE