IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANNIE WOODALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV50-MEF |
| | ) | [WO] |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of the defendants' Motion For Leave To Conduct Remand-

Related Discovery, filed on 20 February 2006 (Doc. # 19), and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 23rd day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE