IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANNIE WOODALL,

    Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC.;
et al.,

    Defendants.

CIVIL ACTION NO.
3:06-cv-00050-MEF

COUNTY OF __Lee__

STATE OF __Mississippi__

### AFFIDAVIT OF KEN HAMILL

**PERSONALLY APPEARED** before the undersigned officer, duly authorized to administer oaths, **Ken Hamill**, who states under oath as follows:

1. My name is Ken Hamill. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently as to them.

2. I am currently, and was at the time the above-styled lawsuit was filed, a resident of the State of Mississippi.

3. I was at one time an employee at the Auburn branch of American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc. I have not, however, been employed by AGFS since 1998.



EXHIBIT C

1440038

4.   At no time did I ever inform customers, including Annie Woodall, that credit insurance was required, that credit insurance would improve the customer's chances of obtaining a loan, or that credit insurance would improve a customer's credit score.

5.   However, given the amount of time that has passed, I do not remember the details of and cannot testify with any specificity regarding Annie Woodall's loans with AGFS.

**FURTHER AFFIANT SAYETH NOT.**

This the 23rd day of February, 2006.

_____
Ken Hamill

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23rd day of February, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 4/9/08

1440033                                                    2