IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANNIE WOODALL, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.
) 3:06-cv-00050-MEF
AMERICAN INTERNATIONAL GROUP, INC.; )
et al., )
    Defendants. )

COUNTY OF Lee

STATE OF Alabama

### AFFIDAVIT OF LINDA GRIGGS

    **PERSONALLY APPEARED** before the undersigned officer, duly authorized to administer oaths, **Linda Griggs**, who states under oath as follows:

    1.    My name is Linda Griggs. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently as to them.

    2.    I was at one time an employee at the Auburn branch of American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc. I have not, however, been employed by AGFS since 1997.

    3.    At no time did I ever inform customers, including Annie Woodall, that credit insurance was required, that credit insurance would improve the customer's chances of obtaining a loan, or that credit insurance would improve a customer's credit score.

EXHIBIT H

1440010

4. However, given the amount of time that has passed, I do not remember the details of and cannot testify with any specificity regarding Annie Woodall's loans with AGFS.

**FURTHER AFFIANT SAYETH NOT.**

This the 23 day of February, 2006.

*Linda Griggs*
Linda Griggs

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23 day of February, 2006.

*Paula Kennelly*
NOTARY PUBLIC
My Commission Expires: 9/24/07

1440010

2