IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANNIE WOODALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-50-MEF |
| | ) |
| AMERICAN INTERNATIONAL GROUP INC., *et al.,* | ) ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Defendants' Motion for Leave to Conduct Remand-Related Discovery (Doc. #19) filed on February 20, 2006, it is hereby ORDERED:

1. That the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 13, 2006.

2. That the defendants may file a reply brief on or before March 20, 2006.

DONE this 28th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE