From: efile_information@alsd.uscourts.gov
Sent: Tuesday, October 04, 2005 12:04 PM
To: efile_notice@alsd.uscourts.gov
Subject: Activity in Case 2:05-cv-00453-CG-D Waller v. American International Group, Inc., et al "Order on Motion for Extension of Time to File Response/Reply"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**Southern District of Alabama - District Version 2.5**

Notice of Electronic Filing

The following transaction was received from Granade, Callie entered on 10/4/2005 at 12:04 PM CDT and filed on 10/4/2005
**Case Name:**     Waller v. American International Group, Inc., et al
**Case Number:**   2:05-cv-453
**Filer:**
**Document Number:** 25

**Docket Text:**
ENDORSED ORDER denying [21] Motion for Extension of Time to File Response to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery. Signed by Judge Callie V. S. Granade on 10/4/2005. (Granade, Callie)

The following document(s) are associated with this transaction:

**2:05-cv-453 Notice will be electronically mailed to:**

Thomas Julian Butler     tbutler@maynardcooper.com, ksparks@maynardcooper.com

David A. Elliott     delliott@burr.com, cwingate@burr.com

C. Lance Gould     lance.gould@beasleyallen.com, beth.warren@beasleyallen.com; tammy.price@beasleyallen.com

Jeffrey M. Grantham     jgrantham@maynardcooper.com, mkimbrell@maynardcooper.com

John Thomas Aquinas Malatesta     jmalatesta@maynardcooper.com, jhill@maynardcooper.com

Robert H. Rutherford, Jr     rrutherf@burr.com

**2:05-cv-453 Notice will be delivered by other means to:**



Joanne Williams