**From:** efile_information@alsd.uscourts.gov
**Sent:** Tuesday, October 04, 2005 12:12 PM
**To:** efile_notice@alsd.uscourts.gov
**Subject:** Activity in Case 2:05-cv-00452-CG-D Robinson et al v. American International Group, Inc., et al "Order on Motion for Extension of Time to File Response/Reply"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of Alabama - District Version 2.5

Notice of Electronic Filing

The following transaction was received from Granade, Callie entered on 10/4/2005 at 12:11 PM CDT and filed on 10/4/2005
**Case Name:**        Robinson et al v. American International Group, Inc., et al
**Case Number:**      2:05-cv-452
**Filer:**
**Document Number:** 26

**Docket Text:**
ENDORSED ORDER denying [21] Motion for Extension of Time to File Response to Plaintiffs' Motion to Remand for the Purpose of Conducting Remand-Related Discovery. Signed by Judge Callie V. S. Granade on 10/4/2005. (Granade, Callie)

The following document(s) are associated with this transaction:

**2:05-cv-452 Notice will be electronically mailed to:**

Thomas Julian Butler      tbutler@maynardcooper.com, ksparks@maynardcooper.com

David A. Elliott      delliott@burr.com, cwingate@burr.com

C. Lance Gould      lance.gould@beasleyallen.com, beth.warren@beasleyallen.com; tammy.price@beasleyallen.com

Jeffrey M. Grantham      jgrantham@maynardcooper.com, mkimbrell@maynardcooper.com

John Thomas Aquinas Malatesta      jmalatesta@maynardcooper.com, jhill@maynardcooper.com

Robert H. Rutherford , Jr      rrutherf@burr.com

**2:05-cv-452 Notice will be delivered by other means to:**



Joanne Williams