IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANNIE WOODALL, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-50-MEF |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion to Stay Proceedings (Doc. #28) filed on March 17, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 22nd day of March, 2006.

                                         /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE